IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00353-WDM-MEH

WILLARD SMITH,

    Plaintiff,

v.

JIM FAULL, and
RON TROUT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 0 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 4/4/06

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00353-WDM-MEH

Willard Smith
Prisoner No. 82060
DRDC
PO Box 392004
Denver, CO 80239-8004

US Marshal Service
Service Clerk
Service forms for: Jim Faull and Ron Trout

 I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Jim Faull and Ron Trout; AMENDED COMPLAINT FILED 3/16/06, SUMMONS, AND CONSENT FORM on 4/10/06 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk