IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00353-WDM-MEH

WILLARD SMITH,

      Plaintiff,

v.

JIM FAULL and
RON TROUT,

      Defendant.

---

ORDER SETTING SCHEDULES

---

**ORDER ENTERED BY U.S. MAGISTRATE JUDGE MICHAEL E. HEGARTY**
**Dated: February 2, 2007**

The Court held a telephonic Preliminary Scheduling/Status Conference on February 1, 2007, and the following deadlines were set:

| | | |
|---|---|---|
| ! | Discovery Cutoff: | April 1, 2007 |
| ! | Dispositive Motion Deadline: | May 1, 2007 |
| ! | Expert Witness Disclosure: | March 1, 2007 |
| ! | Rebuttal Expert Witness Disclosure: | March 15, 2007 |
| ! | Amend Pleadings/Add Parties | March 18, 2007 |

The parties shall be limited to three depositions, 10 interrogatories, 10 requests for production of documents, and 10 requests for admission.

A Final Pretrial Conference will be held on September 4, 2007 at 9:45 a.m. Counsel may attend in person or by telephone, at counsel's discretion. Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

A Final Pretrial Order shall be prepared by the parties and submitted to the Court no later than five business days before the Final Pretrial Conference. Attorneys and/or pro se parties not participating in Electronic Case Filing ("ECF") shall submit their proposed Final Pretrial Order on paper to the Clerk's office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed Final Pretrial Order pursuant to the District of Colorado ECF procedures. In accordance with the electronic filing procedures of this court, the

document to be e:mailed to the Magistrate Judge shall be sent to Hegarty_Chambers@cod.uscourts.gov, and shall be sent in a useable format (i.e., Word or WordPerfect).