IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00353-WDM-MEH

WILLARD SMITH,

    Plaintiff,

v.

JIM FAULL and
RON TROUT,

    Defendants.

_____

**ORDER ALLOWING DEPOSITION OF PLAINTIFF**
_____

Before the Court is Defendants' Motion for Leave to Take Deposition of Prisoner [Docket #31]. Pursuant to Fed. R. Civ. P. 30(a)(2), leave of Court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is incarcerated in Sterling, Colorado. Defendants have contacted Plaintiff's place of incarceration and have received approval to depose Plaintiff on Wednesday, March 14, 2007, at 10:00 a.m.

Based upon a review of the record herein, the court finds that the discovery sought by the Defendants through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Fed. R. Civ. P 26(b)(2) would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

Accordingly, Defendants' Motion for Leave to Take Deposition of Prisoner [Filed February 7, 2007; Docket #31] is **granted**. The deposition is subject to the limitations of Rule 30(d) and further subject to all rules and regulations which Plaintiff's place of incarceration may impose in connection with its accommodation of the deposition.

Dated at Denver, Colorado this 12th day of February, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge